**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

XX 3rd Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ ____________ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: William Melendez JOINT DEBTOR: Ligia Melendez CASE NO.: 11-19074 RAM
Last Four Digits of SS# 7539 Last Four Digits of SS# 8156

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 802.97 for months 1 to 16 ;
B. $ 826. 18 for months 17 to 60 ;
C. $__________ for months ______ to ______; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0 TOTAL PAID $ 0
Balance Due $______________ payable $______/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. ______________________________ Arrearage on Petition Date $________________
Address:__________________________ Arrears Payment $__________/month (Months ______ to ______)
__________________________ Regular Payment $__________/month (Months ______ to ______)
Account No: ____________________

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Home Finance LLC | Second mortgage on condominium located at 1810 W. 56 Street #3101 Hialeah, FL 33012 Recorded in Miami-Dade public records at Book 25795 Pages 3523-3535 Value of Property $74,960 Amount owed on first priority mortgage is $103,300 | NA % | $ -0- | NA To _______ | Avoid lien in full |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service Total Due $ 11,679.00
Payable $ 729.93 /month (Months 1 to 16 ) Regular Payment $ 0

Unsecured Creditors: Pay $ 751.08 /month (Months 17 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

Debtors' 1st mortgage is modified and is being paid outside the Plan.

Debtors will provide copy of their income tax return to Chapter 13 Trustee on or before May 15 during pendency of Plan. The debtors will amend Schedule I and J and modify the plan if necessary

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/
Debtor William Melendez
Date: September 12, 2011

/s/
Joint Debtor Ligia Melendez
Date: September 12, 2011