**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: William Melendez,
Ligia Melendez,

Case No.11-19074 RAM
Chapter 13

_____________ Debtor(s) . _____/

**DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN**

Pursuant to Local Rule 9013-1, debtors William and Ligia Melendez move the Court to modify their Chapter 13 Plan, and in support of the motion state:

1. Debtors want to modify their Plan to conform with the amounts stated in the IRS' Amended Proof of Claim. The proposed Second Modified Plan is attached.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.

By ___________/s/___________

Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtors
3000 Biscayne Boulevard
Suite 500
Miami, FL 33137
Telephone: (305) 438-2427

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 30, 2012, a true and correct copy of the foregoing Motion to Modify Plan was transmitted electronically to Nancy N. Herkert, Trustee and mailed to:

and mailed to:

Seterus, Inc. F/K/A
IBM Lender Business Process Services, Inc.,
as Servicer for Fannie Mae
c/o Connie Delisser Esquire
Law Offices of Marshall Watson PA
1800 NW 49 Street Suite 120
Ft. Lauderdale, FL 33309

FEDERAL NATIONAL MORTGAGE ASSOCIATION
c/o Seterus, Inc. f/k/a IBM Lender Business
Process Services, Inc
PO Box 4128
Beaverton, OR 97076-4128

Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

JP Morgan Chase Bank
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

Asset Acceptance LLC
PO BOX 2036
Warren, MI 48090

State Farm Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

IRS
P.O. Box 7346
Philadelphia PA 19101-7346

/s/
Carolina A. Lombardi

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ____________ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X ___2nd_________ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: William Melendez JOINT DEBTOR: Ligia Melendez CASE NO.: 11-19074 RAM
Last Four Digits of SS# 7539 Last Four Digits of SS# 8156

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 803.17 for months 1 to 9 ;
B. $ 822.38 for months 10 to 17 ;
C. $ 826.18 for months 18 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0 TOTAL PAID $ 0
Balance Due $____________ payable $______/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. ________________________ Arrearage on Petition Date $_______________
Address:______________________ Arrears Payment $_________/month (Months ______ to ______)
______________________ Regular Payment $_________/month (Months ______ to ______)
Account No: ____________________

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Home Finance LLC | Second mortgage on condominium located at 1810 W. 56 Street #3101 Hialeah, FL 33012 Recorded in Miami-Dade public records at Book 25795 Pages 3523-3535 Value of Property $74,960 Amount owed on first priority mortgage is $103,300 | NA % | $ -0- | NA To ______ | Avoid lien in full |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service Total Due $ 16,627.63
Payable $ 729.93 /month (Months 1 to 9 ) Regular Payment $ 0
Payable $ 747.62 /month (Months 10 to 17 ) Regular Payment $ 0
Payable $ 679.55 /month (Months 20 to 25 ) Regular Payment $ 0

Unsecured Creditors: Pay $ 751.08 /month (Months 18 to 19 ).
Pay $ 71.53 /month (Months 20 to 25 ).
Pay $ 751.08 /month (Months 26 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor's 1st Mortgage is modified and being paid outside the Plan. Debtors will provide copy of their income tax return to Trustee on or before May 15 during pendency of the Plan. The debtors will amend Schedules I and J and modify the Plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/
Debtor William Melendez
Date: October 29, 2012

/s/
Joint Debtor Ligia Melendez
Date: October 29, 2012